FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

OCT -2 PM 4: 59

CLERK_____
SO. DIST OF GA. ____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
                                       )
    vs.                      )    CR 607-19-01
                                         )
RANDALL EDWARD FOSTER,  )
                                       )
    Defendant.        )

## ORDER

Alex L. Zipperer, counsel of record for the defendant in the above case, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED**, this the _2nd_ day of _October_, 2007.

_____
B. ~~AVANT EDENFIELD, JUDGE~~
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA